Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.45.235.172,<br><br>                    Defendant. | Case Number: 3:25-cv-05498-TSH<br><br>Honorable Thomas S. Hixson<br><br>**DECLARATION OF LINCOLN D. BANDLOW** |

I, Lincoln D. Bandlow, declare as follows:

1.      I am over the age of 18 and am otherwise competent to make this declaration.  I am an attorney duly licensed and authorized to practice in the State of California and I am counsel for Plaintiff Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff") in the above-titled action.

2.      On July 25, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion") on Defendant's ISP.

3.      On July 30, 2025, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information.  Plaintiff issued the subpoena on or about August 7, 2025 and, in accordance with the time allowances provided to both the ISP and the Defendant, expects to receive the ISP response on or about October 16, 2025.

Declaration of Lincoln Bandlow

Case No. 3:25-cv-05498-TSH

4.      Pursuant to the Court's Initial Case Management Scheduling Order with ADR Deadlines filed July 1, 2025, there is a Case Management Conference scheduled for October 9, 2025 at 10:00 a.m.

5.      Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than September 28, 2025.   Because Plaintiff does not expect to receive the ISP response until October 16, 2025 and Defendant's identity is unknown to Plaintiff at this time, Plaintiff is unable to comply with the current deadline to effect service of process.

6.      Prior to the Initial Case Management Conference, the parties are required to confer and submit to the Court a proposed Case Management Statement.  Because Defendant has not yet been identified, Plaintiff is unable to anticipate the specific information required in the proposed Case Management Statement, including issues such as timing, electronic discovery, or even whether Plaintiff will ultimately proceed against Defendant.

7.      This extension will provide time for Plaintiff to receive the ISP response, conduct a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and place the summons and Amended Complaint with the process server to attempt service of process upon the Defendant.

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2025.

_____
Lincoln D. Bandlow

2