UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.45.235.172,<br><br>            Defendant. | Case Number: 3:25-cv-05498-TSH<br><br>Honorable Thomas S. Hixson<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

      THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for October 9, 2025, and the Court being duly advised in the premises does hereby:

      ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until December 15, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for October 9, 2025 is continued to January 15, 2026 at 10:00 a.m.

      **DONE AND ORDERED**.

Dated: _____          By: _____
                                                                           **United States Magistrate Judge**
                                                                           Hon. Thomas S. Hixson

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 3:25-cv-05498-TSH