UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.45.235.172,<br><br>　　　　　Defendant. | Case No. 25-cv-05498-TSH<br><br>**STATUS ORDER** |

　　　　As there is no indication Plaintiff served Defendant in accordance with Federal Rule of Civil Procedure 4, the Court **VACATES** the January 15, 2026 case management conference and **ORDERS** Plaintiff to file a status report by January 15, 2026.

　　　　**IT IS SO ORDERED.**

Dated: January 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge