AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - Northern District of California |
| DOCKET NO.<br>25-cv-05498-TSH | DATE FILED<br>6/30/2025 |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br>JOHN DOE subscriber assigned IP address 98.45.235.172 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED  Notice of Voluntary Dismissal | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | 1/12/26 |
| CLERK<br>Mark Busby | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>1/13/26 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** San Jose, CA  **IP Address:** 98.45.235.172
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1FEC6AF6DFEF0A5BFD3FE09311398AA6DCD5B90A | 06/24/2025 02:46:46 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 2 | FAD2FBF47A0377CBA50150AA5272396744D2B4AC | 06/24/2025 01:36:41 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 3 | 86804856761d83ad88f3d60a55538fd4c54ccaf9 | 05/31/2025 00:34:01 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 4 | 96aef5cccc986ccbc629b6f97649bcebbc0586b2 | 05/31/2025 00:03:19 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 5 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | 05/31/2025 00:02:12 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 6 | 5ba2da08c36a2fa2409d662e9fa861ef6f8bf8e0 | 05/28/2025 04:19:26 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 7 | 47CE723D84C0A2028A53B98FE9431C963A280E54 | 05/28/2025 03:59:49 | Tushy | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 8 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 05/28/2025 03:56:19 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 9 | 1873315CD7A47FFB11A5DB2196182119545F9ED9 | 05/25/2025 00:57:23 | Vixen | 05/23/2025 | 06/10/2025 | PA0002534384 |
| 10 | abdaa16f8d30b5d4248d8072832f74e96d81b71d | 05/05/2025 00:19:12 | Tushy | 05/04/2025 | 05/21/2025 | PA0002531939 |
| 11 | DD5652AACB5A4D943707FCB8174F4E7A666DCE2B | 05/04/2025 22:32:00 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 12 | 22fff3c50c0321467f67d083678a9ea4ff3bf8c8 | 03/25/2025 20:00:02 | Blacked Raw | 03/17/2025 | 03/25/2025 | PA0002521731 |
| 13 | 22EB885679BD8730A5EB072F1ECF571682E58277 | 03/18/2025 00:55:45 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 14 | A69B8AA6BDBEB452FE413C63CF6C29B6A8095B10 | 03/15/2025 23:57:55 | Vixen | 02/21/2025 | 03/28/2025 | PA0002522471 |
| 15 | 01B541A19EB573879D108CBDBF95041B288C0FB1 | 02/27/2025 05:43:32 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 16 | F7535358D8021A452808E1E0BD5A287D779552AE | 02/05/2025 00:21:04 | TushyRaw | 01/27/2025 | 02/18/2025 | PA0002516148 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 38B8C0E37AB478E0589998D2BE10457A4E4E307C | 02/05/2025 00:12:44 | Vixen | 01/17/2025 | 02/18/2025 | PA0002515875 |
| 18 | 1BDC437ACAAE4D1C813B661B0FB5171C03893AB7 | 01/20/2025 03:46:09 | Blacked Raw | 12/23/2024 | 01/15/2025 | PA0002509346 |
| 19 | E9B275D900EAA0F53AF83265046BCF79D93E80F6 | 01/15/2025 00:14:14 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 20 | D7AC57630F133F6A48C3DCF33D78A7D514134F3B | 12/20/2024 02:35:46 | Blacked Raw | 12/02/2024 | 12/13/2024 | PA0002506264 |
| 21 | 25A0A1A9F3D732F17FCCBEF5B9F11856C82F1BE6 | 10/24/2024 23:52:11 | TushyRaw | 08/20/2024 | 09/18/2024 | PA0002490534 |
| 22 | 1D7C17072F65C52A3AAC0853A22C38D58DA09152 | 10/01/2024 01:31:22 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 23 | 338981A824928AA763B9E3D9BDE9D25FD5AE168F | 10/01/2024 01:29:48 | Tushy | 09/25/2022 | 10/05/2022 | PA0002373771 |
| 24 | 07d7a0268ff305fc596921d0686f5571a4643ec1 | 09/19/2024 22:20:43 | Slayed | 06/14/2022 | 07/21/2022 | PA0002367489 |
| 25 | 0663a355538c371c23984ead18ec85659d5b9994 | 09/08/2024 05:23:14 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 26 | 1C1956C9590D17C6F16FFCBA8DE6F745DF390A2F | 09/08/2024 05:21:02 | Blacked | 08/01/2024 | 08/14/2024 | PA0002484879 |